# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143085-7

MICHIGAN PROPERTIES, L.L.C.,
        Petitioner-Appellee,

v

MERIDIAN TOWNSHIP,
        Respondent-Appellant.

SC: 143085
COA: 289174
Tax Tribunal: 00-334137

_____/

MICHIGAN PROPERTIES, L.L.C.,
        Petitioner-Appellee,

v

MERIDIAN TOWNSHIP,
        Respondent-Appellant.

SC: 143086
COA: 289175
Tax Tribunal: 00-335067

_____/

MICHIGAN PROPERTIES, L.L.C.,
        Petitioner-Appellee,

v

MERIDIAN TOWNSHIP,
        Respondent-Appellant.

SC: 143087
COA: 289176
Tax Tribunal: 00-334501

_____/

      On order of the Court, the application for leave to appeal the April 5, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the failure of the taxing authority's assessor to adjust the taxable value of real property in the year immediately after a

transfer of the property in accordance with MCL 211.27a(3) precludes the Board of Review from adjusting the taxable value in a later year.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
Clerk

t0921